# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COUNTY OF VOLUSIA,**

        **Plaintiff,**

**-vs-**                                  **Case No. 6:08-cv-914-Orl-31DAB**

**CYPRESS HEAD HOMEOWNERS ASSOCIATION, etc., et al.,**

        **Defendant.**

_____

## ORDER

On June 5, 2008, Defendant Florida Gas Transmission Company ("FGT") removed this condemnation action from state court on the grounds that Volusia County's effort to condemn FGT's real property interests and natural gas facilities gave rise to a federal question. (Doc. 1 at 2). FGT also asserted that the condemnation claim against it was separate and independent from the condemnation claims against the other Defendants, which did not implicate federal law. (Doc. 1 at 6 n. 2). Pursuant to 28 U.S.C. § 1441(c), the Court hereby **REMANDS** all the claims against FGT's co-defendants back to state court, along with any pending motions relating to those parties.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 25, 2008.

                                                        GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party